AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>**4:26-mc-6011** | Date and time warrant executed:<br>5/4/26 | Copy of warrant and inventory left with:<br>AT+T |
| Inventory made in the presence of : | | |

Inventory of the property taken and name of any person(s) seized:

CELL PHONE RECORDS  832 343-2207

United States Courts
Southern District of Texas
FILED

*July 13, 2026*

Nathan Ochsner, Clerk of Court

---

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/29/26

_____
*Executing officer's signature*

D. HELMS / TFO FBI
*Printed name and title*